NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE FINCH AND JOHN DENNIS HONEYCUTT,**
*Petitioners,*

**v.**

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2014-6003

---

Appeal from the Department of Agriculture in No. PACA-APP Docket Nos. 13-0068 and 13-0069.

---

## ON MOTION

---

## O R D E R

Upon consideration of the petitioners' motion to withdraw the appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

2                                    FINCH v. AGRICULTURE

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

ISSUED AS A MANDATE: August 29, 2014